R. W. Burrage v. The State.

No. 4609.   Decided October 17, 1917.

Assault to Murder—Statement of Facts—Practice on Appeal.

In the absence of a statement of facts, objections to the charge of the court and grounds in the motion for new trial, can not be considered on appeal.

Appeal from the District Court of Collin. Tried below before the Hon. C. T. Freeman.

Appeal from a conviction of assault to murder; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, Presiding Judge.—Appellant was convicted of assault to murder, his punishment being assessed at two years confinement in the penitentiary.

The record does not contain a statement of the facts proved on the trial. The bills of exception reserved to the charge given by the court can not be intelligently revised in the absence of the testimony. The grounds of the motion for new trial, without the evidence before us, can not be revised, and the judgment will be affirmed.

*Affirmed.*